UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

JONATHAN J. POLLARD,

                      Petitioner,

           -v-                                      15-cv-9131 (KBF)

UNITED STATES PAROLE COMMISSION; J.        ORDER
PATRICIA WILSON SMOOT, solely in her
capacity as Chair of the United States Parole
Commission; UNITED STATES PROBATION
OFFICE FOR THE SOUTHERN DISTRICT OF
NEW YORK; MICHAEL J. FITZPATRICK,
solely in his capacity as Chief U.S. Probation
Officer,

                      Respondents.

------------------------------------------------------------- X

        USDC SDNY
        DOCUMENT
        ELECTRONICALLY FILED
        DOC #: _____
        DATE FILED: December 11, 2015

KATHERINE B. FORREST, District Judge:

        The show cause hearing previously scheduled for 3:00 p.m. on December 9, 2015 is hereby RESCHEDULED for a time slightly earlier. The hearing will now start one hour earlier, at **2:00 p.m.** on **Monday, December 14, 2015.** The hearing will still take place at 500 Pearl Street, New York, New York 1007, Courtroom 15A.

        SO ORDERED.

Dated:      New York, New York
               December 11, 2015

                                                      _____
                                                          KATHERINE B. FORREST
                                                          United States District Judge